UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: UNIVERSAL HOVERCRAFT OF ROCKFORD, I    § Case No. 22-80184
                                              §
                                              §
Debtor(s)                                     §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

JOSEPH D. OLSEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $3,615.55                     Assets Exempt: N/A
*(without deducting any secured claims)*

Total Distribution to Claimants: $11,606.70     Claims Discharged
                                                Without Payment: N/A

Total Expenses of Administration: $10,371.30

3) Total gross receipts of $ 21,978.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $21,978.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 10,371.30 | 10,371.30 | 10,371.30 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 9,302.48 | 2,602.48 | 2,602.48 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 450,442.89 | 450,442.89 | 9,004.22 |
| **TOTAL DISBURSEMENTS** | $0.00 | $470,116.67 | $463,416.67 | $21,978.00 |

4) This case was originally filed under Chapter 7 on February 22, 2022. The case was pending for 14 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/12/2023     By: /s/JOSEPH D. OLSEN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (10/1/2010)

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Trailer | 1129-000 | 1,100.00 |
| Table saw ($100); Chopsaw ($25). | 1129-000 | 115.00 |
| Hydraulic press. | 1129-000 | 150.00 |
| (2) New engines. | 1129-000 | 1,400.00 |
| (7) Used engines. | 1129-000 | 1,955.00 |
| Lathe ($1000); forklift propane ($1000); scissor | 1129-000 | 4,900.00 |
| Steel | 1129-000 | 500.00 |
| (2) Partially completed hovercrafts | 1129-000 | 1,300.00 |
| Molded parts | 1129-000 | 25.00 |
| Welders | 1229-000 | 1,100.00 |
| Air Compressor | 1229-000 | 425.00 |
| Racks | 1229-000 | 810.00 |
| All other miscellaneous tools, fixtures, etc. | 1229-000 | 8,198.00 |
| **TOTAL GROSS RECEIPTS** | | **$21,978.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOSEPH D. OLSEN | 2100-000 | N/A | 2,947.80 | 2,947.80 | 2,947.80 |
| Trustee Expenses - JOSEPH D. OLSEN | 2200-000 | N/A | 294.47 | 294.47 | 294.47 |
| Attorney for Trustee Fees (Trustee Firm) - Joseph D Olsen | 3110-000 | N/A | 594.50 | 594.50 | 594.50 |
| Auctioneer for Trustee Fees - Lee Auction Service | 3610-000 | N/A | 2,197.80 | 2,197.80 | 2,197.80 |
| Auctioneer for Trustee Expenses - Lee Auction Service | 3620-000 | N/A | 4,184.00 | 4,184.00 | 4,184.00 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 5.00 | 5.00 | 5.00 |
| Other - International Sureties Ltd | 2300-000 | N/A | 10.82 | 10.82 | 10.82 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 36.69 | 36.69 | 36.69 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 24.08 | 24.08 | 24.08 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 27.36 | 27.36 | 27.36 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 24.82 | 24.82 | 24.82 |
| Other - Metropolitan Commercial Bank | 2600-000 | N/A | 23.96 | 23.96 | 23.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $10,371.30 | $10,371.30 | $10,371.30 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 6P | Sunil Chandrahas | 5600-000 | N/A | 6,700.00 | 0.00 | 0.00 |
| 7P | Illinois Department of Employment Security | 5800-000 | N/A | 877.29 | 877.29 | 877.29 |
| 8P | Illinois Department of Employment Security | 5800-000 | N/A | 176.35 | 176.35 | 176.35 |
| 9P | Illinois Department of Revenue | 5800-000 | N/A | 186.54 | 186.54 | 186.54 |
| 10P | Illinois Department of Revenue | 5800-000 | N/A | 1,362.30 | 1,362.30 | 1,362.30 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $9,302.48 | $2,602.48 | $2,602.48 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | Airgas USA LLC | 7100-000 | N/A | 614.23 | 614.23 | 37.78 |
| 2 | Fastenal Company | 7100-000 | N/A | 2,068.02 | 2,068.02 | 0.00 |
| 3 | NICOR Northern Illinois Gas | 7100-000 | N/A | 1,748.20 | 1,748.20 | 107.51 |
| 4 | Loyd Koch | 7100-000 | N/A | 105,139.10 | 105,139.10 | 6,465.84 |
| 5 -2 | Smith Amundsen LLC | 7100-000 | N/A | 36,845.32 | 36,845.32 | 2,265.91 |
| 6U | Sunil Chandrahas | 7200-000 | N/A | 303,300.00 | 303,300.00 | 0.00 |
| 7U | Illinois Department of Employment Security | 7200-000 | N/A | 279.44 | 279.44 | 0.00 |
| 8U | Illinois Department of Employment Security | 7200-000 | N/A | 20.56 | 20.56 | 0.00 |
| 9U | Illinois Department of Revenue | 7200-000 | N/A | 78.88 | 78.88 | 0.00 |
| 10U | Illinois Department of Revenue | 7200-000 | N/A | 221.96 | 221.96 | 0.00 |
| | Clerk of the United States Bankruptcy Court | 7100-000 | N/A | 127.18 | 127.18 | 127.18 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $450,442.89 | $450,442.89 | $9,004.22 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 22-80184  
**Case Name:** UNIVERSAL HOVERCRAFT OF ROCKFORD, I  

**Period Ending:** 05/12/23

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/22/22 (f)  
**§341(a) Meeting Date:** 04/05/22  
**Claims Bar Date:** 07/07/22

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| 1 Lease terminated 02/2022 by eviction order<br>Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 2 Trailer<br>Imported from original petition Doc# 12 | 900.00 | 900.00 | | 1,100.00 | FA |
| 3 Horizontal band saw ($200); Vertical band saw ($<br>Imported from original petition Doc# 12 | 300.00 | 300.00 | | 0.00 | FA |
| 4 Table saw ($100); Chopsaw ($25).<br>Imported from original petition Doc# 12 | 125.00 | 125.00 | | 115.00 | FA |
| 5 Hydraulic press.<br>Imported from original petition Doc# 12 | 75.00 | 75.00 | | 150.00 | FA |
| 6 (2) New engines.<br>Imported from original petition Doc# 12 | 1,000.00 | 1,000.00 | | 1,400.00 | FA |
| 7 (7) Used engines.<br>Imported from original petition Doc# 12 | 1,500.00 | 1,500.00 | | 1,955.00 | FA |
| 8 Cash on hand<br>Imported from original petition Doc# 12 | Unknown | Unknown | | 0.00 | FA |
| 9 Checking Account at PayPal, xxxxxx (-$384.91)<br>  Orig. Asset Memo: Original petition value: -384.91;<br>Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 10 Checking Account at PNC Bank, xxxxxx<br>Imported from original petition Doc# 12 | 411.55 | 411.55 | | 0.00 | FA |
| 11 Savings Account at PNC Bank, xxxxxx<br>Imported from original petition Doc# 12 | 0.00 | 0.00 | | 0.00 | FA |
| 12 Utility company - deposit<br>Imported from original petition Doc# 12 | 500.00 | 500.00 | | 0.00 | FA |
| 13 Trademark: "Hoverwing". Valuation Method:<br>Imported from original petition Doc# 12 | Unknown | Unknown | | 0.00 | FA |
| 14 Internet domain names and websites<br>Imported from original petition Doc# 12 | Unknown | Unknown | | 0.00 | FA |
| 15 Goodwill<br>Imported from original petition Doc# 12 | 1.00 | 1.00 | | 0.00 | FA |
| 16 Miscellaneous NOLs | 1.00 | 1.00 | | 0.00 | FA |

Printed: 05/12/2023 09:19 AM    V.20.50

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 22-80184  
**Case Name:** UNIVERSAL HOVERCRAFT OF ROCKFORD, I  

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/22/22 (f)  
**§341(a) Meeting Date:** 04/05/22  

**Period Ending:** 05/12/23  

**Claims Bar Date:** 07/07/22

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | (may not be transferrable),<br>   Imported from original petition Doc# 12 |  |  |  |  |  |
| 17 | A/R Over 90 days old. $2,800 uncollectible<br>   Imported from original petition Doc# 12 | 0.00 | 0.00 |  | 0.00 | FA |
| 18 | Miscellaneous Office Furniture<br>   Imported from original petition Doc# 12 | Unknown | Unknown |  | 0.00 | FA |
| 19 | Miscellaneous Office Fixtures<br>   Imported from original petition Doc# 12 | Unknown | Unknown |  | 0.00 | FA |
| 20 | Office equipment, computer, communication system<br>   Imported from original petition Doc# 12 | 900.00 | 900.00 |  | 0.00 | FA |
| 21 | Customer lists, mailing lists, or other compilat<br>   Imported from original petition Doc# 12 | 100.00 | 100.00 |  | 0.00 | FA |
| 22 | Lathe ($1000); forklift propane ($1000); scissor<br>   Imported from original petition Doc# 12 | 3,700.00 | 3,700.00 |  | 4,900.00 | FA |
| 23 | Steel | 300.00 | 300.00 |  | 500.00 | FA |
| 24 | (2) Partially completed hovercrafts | 10,000.00 | 10,000.00 |  | 1,300.00 | FA |
| 25 | Molded parts | 1,500.00 | 1,500.00 |  | 25.00 | FA |
| 26 | Epoxy Resins | 500.00 | 500.00 |  | 0.00 | FA |
| 27 | Welders  (u) | 0.00 | 500.00 |  | 1,100.00 | FA |
| 28 | Air Compressor  (u) | 0.00 | 250.00 |  | 425.00 | FA |
| 29 | Racks  (u) | 0.00 | 400.00 |  | 810.00 | FA |
| 30 | All other miscellaneous tools, fixtures, etc. (u)<br>   Auctioned items include, but not limited to, tools, clamps, straps, bins, sprayers, pipe, chairs, stools, stands, tables, carts, cabinets, ladders, fans, propellers, shelves, etc. | 0.00 | 4,000.00 |  | 8,198.00 | FA |
| 30 | **Assets**  **Totals** (Excluding unknown values) | **$21,813.55** | **$26,963.55** |  | **$21,978.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Printed: 05/12/2023 09:19 AM    V.20.50

Exhibit 8

Page: 3

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 22-80184  
**Case Name:** UNIVERSAL HOVERCRAFT OF ROCKFORD, I

**Trustee:** (330400) JOSEPH D. OLSEN  
**Filed (f) or Converted (c):** 02/22/22 (f)  
**§341(a) Meeting Date:** 04/05/22  

**Period Ending:** 05/12/23

**Claims Bar Date:** 07/07/22

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**    June 30, 2023          **Current Projected Date Of Final Report (TFR):**    December 19, 2022  (Actual)

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 22-80184 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | UNIVERSAL HOVERCRAFT OF ROCKFORD, I | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******5700 - Checking Account |
| Taxpayer ID #: | **-***1183 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 05/12/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/24/22 | | Lee Auction Service | 5/21/2022 Auction Proceeds. | | | 21,978.00 | | 21,978.00 |
| | {2} | | 5-21-2022 Auction Proceeds | 1,100.00 | 1129-000 | | | 21,978.00 |
| | {4} | | 5-21-2022 Auction Proceeds | 115.00 | 1129-000 | | | 21,978.00 |
| | {5} | | 5-21-2022 Auction Proceeds | 150.00 | 1129-000 | | | 21,978.00 |
| | {6} | | 5-21-2022 Auction Proceeds | 1,400.00 | 1129-000 | | | 21,978.00 |
| | {7} | | 5-21-2022 Auction Proceeds | 1,955.00 | 1129-000 | | | 21,978.00 |
| | {22} | | 5-21-2022 Auction Proceeds | 4,900.00 | 1129-000 | | | 21,978.00 |
| | {23} | | 5-21-2022 Auction Proceeds | 500.00 | 1129-000 | | | 21,978.00 |
| | {24} | | 5-21-2022 Auction Proceeds | 1,300.00 | 1129-000 | | | 21,978.00 |
| | {25} | | 5-21-2022 Auction Proceeds | 25.00 | 1129-000 | | | 21,978.00 |
| | {27} | | 5-21-2022 Auction Proceeds | 1,100.00 | 1229-000 | | | 21,978.00 |
| | {28} | | 5-21-2022 Auction Proceeds | 425.00 | 1229-000 | | | 21,978.00 |
| | {29} | | 5-21-2022 Auction Proceeds | 810.00 | 1229-000 | | | 21,978.00 |
| | {30} | | 5-21-2022 Auction Proceeds | 8,198.00 | 1229-000 | | | 21,978.00 |
| 05/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 5.00 | 21,973.00 |
| 06/20/22 | 101 | International Sureties Ltd | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/20/2022 FOR CASE #22-80184, Bond 016018067 (Term: 06/01/22 to 06/01/23) | | 2300-000 | | 10.82 | 21,962.18 |
| 06/23/22 | 102 | Lee Auction Service | | | | | 6,381.80 | 15,580.38 |
| | | | Per 6/22/2022 Order (Doc 38) | 2,197.80 | 3610-000 | | | 15,580.38 |
| | | | Per 6/22/2022 Order (Doc 38) | 4,184.00 | 3620-000 | | | 15,580.38 |
| 06/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | | 2600-000 | | 36.69 | 15,543.69 |

Subtotals :    $21,978.00    $6,434.31

{} Asset reference(s)

Printed: 05/12/2023 09:19 AM    V.20.50

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 22-80184 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | UNIVERSAL HOVERCRAFT OF ROCKFORD, I | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******5700 - Checking Account |
| Taxpayer ID #: | **-***1183 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 05/12/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 07/29/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 24.08 | 15,519.61 |
| 08/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 27.36 | 15,492.25 |
| 09/30/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 24.82 | 15,467.43 |
| 10/31/22 | | Metropolitan Commercial Bank | Bank and Technology Services Fee | 2600-000 | | 23.96 | 15,443.47 |
| 01/16/23 | 103 | JOSEPH D. OLSEN | Dividend paid 100.00% on $294.47, Trustee Expenses; Reference: | 2200-000 | | 294.47 | 15,149.00 |
| 01/16/23 | 104 | Joseph D Olsen | Dividend paid 100.00% on $594.50, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 594.50 | 14,554.50 |
| 01/16/23 | 105 | JOSEPH D. OLSEN | Dividend paid 100.00% on $2,947.80, Trustee Compensation; Reference: | 2100-000 | | 2,947.80 | 11,606.70 |
| 01/16/23 | 106 | Airgas USA LLC | Dividend paid 6.14% on $614.23; Claim# 1-2; Filed: $614.23; Reference: per TFR and 1/11/2023 Order (Doc 47) | 7100-000 | | 37.78 | 11,568.92 |
| 01/16/23 | 107 | Fastenal Company | Dividend paid 6.14% on $2,068.02; Claim# 2; Filed: $2,068.02; Reference: per TFR and 1/11/2023 Order (Doc 47) Stopped on 04/18/23 | 7100-005 | | 127.18 | 11,441.74 |
| 01/16/23 | 108 | NICOR Northern Illinois Gas | Dividend paid 6.14% on $1,748.20; Claim# 3; Filed: $1,748.20; Reference: per TFR and 1/11/2023 Order (Doc 47) | 7100-000 | | 107.51 | 11,334.23 |
| 01/16/23 | 109 | Loyd Koch | Dividend paid 6.14% on $105,139.10; Claim# 4; Filed: $105,139.10; Reference: per TFR and 1/11/2023 Order (Doc 47) | 7100-000 | | 6,465.84 | 4,868.39 |
| 01/16/23 | 110 | Smith Amundsen LLC | Dividend paid 6.14% on $36,845.32; Claim# 5-2; Filed: $36,845.32; Reference: per TFR and 1/11/2023 Order (Doc 47) | 7100-000 | | 2,265.91 | 2,602.48 |
| 01/16/23 | 111 | Illinois Department of Employment Security | Combined Check for Claims#7P,8P | | | 1,053.64 | 1,548.84 |
| | | | Dividend paid 100.00% on $877.29; Claim# 7P; Filed: $877.29 | 5800-000 | 877.29 | | 1,548.84 |
| | | | Dividend paid 100.00% on $176.35; Claim# 8P; Filed: $176.35 | 5800-000 | 176.35 | | 1,548.84 |
| 01/16/23 | 112 | Illinois Department of Revenue | Combined Check for Claims#9P,10P | | | 1,548.84 | 0.00 |
| | | | Dividend paid 100.00% on $186.54; Claim# 9P; Filed: $186.54 | 5800-000 | 186.54 | | 0.00 |
| | | | Dividend paid 100.00% | 5800-000 | 1,362.30 | | 0.00 |

Subtotals :  $0.00  $15,543.69

{} Asset reference(s)  Printed: 05/12/2023 09:19 AM  V.20.50

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 22-80184 | | Trustee: | JOSEPH D. OLSEN (330400) |
|---|---|---|---|---|
| Case Name: | UNIVERSAL HOVERCRAFT OF ROCKFORD, I | | Bank Name: | Metropolitan Commercial Bank |
| | | | Account: | ******5700 - Checking Account |
| Taxpayer ID #: | **-***1183 | | Blanket Bond: | $1,500,000.00  (per case limit) |
| Period Ending: | 05/12/23 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | on $1,362.30;  Claim# 10P; Filed: $1,362.30 | | | | |
| 04/18/23 | 107 | Fastenal Company | Dividend paid  6.14% on $2,068.02; Claim# 2; Filed: $2,068.02; Reference:  per TFR and 1/11/2023 Order (Doc 47) Stopped: check issued on 01/16/23 | 7100-005 | | -127.18 | 127.18 |
| 04/18/23 | 113 | Clerk of the United States Bankruptcy Court | Deposit of Unclaimed Funds - Check No. 107 - Claim No. 2 | 7100-000 | | 127.18 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 21,978.00 | 21,978.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 21,978.00 | 21,978.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$21,978.00** | **$21,978.00** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5700** | 21,978.00 | 21,978.00 | 0.00 |
| | **$21,978.00** | **$21,978.00** | **$0.00** |

{} Asset reference(s)                                                                                                   Printed: 05/12/2023 09:19 AM     V.20.50